UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: Virginia Fuchs dba One World Reality, LLC
 dba Ruby Slippers Holding, LLC

        Debtor                       Case No.: 10-34134-JES

---

Virginia Fuchs dba One World Reality, LLC
dba Ruby Slippers Holding, LLC
        Plaintiff,
vs.                                     Adversary Case No.:
JPMorgan Chase Bank, N.A.
        Defendant.

---

COMPLAINT FOR A NEW INJUNCTION
AGAINST JPMORGAN CHASE BANK, N.A.

---

      Plaintiff/debtor, by her attorneys, Green & Kapsos Law Offices, LLC., by William H. Green, as and for a complaint against the defendant, JPMorgan Chase Bank, N.A., herein alleges as follows:

      1.     The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334 and 157.

      2.     This adversary proceeding is brought pursuant to FRBP 7001 and §542 and §550 of Title 11, United States Code (Bankruptcy Code).

      3.     Venue is appropriate in this Court.

      4.     This is a core proceeding as defined by 11 U.S.C. §542(a) and §543(b)(1).

      5.     That on August 30, 2010, debtor/plaintiff filed for relief under Chapter 13.

      6.     That debtor/plaintiff filed for relief within one year of a dismissed Chapter 13 case.

      7.     That debtor/plaintiff was aware that relief from the automatic stay was only applicable for thirty days. Debtor/plaintiff did not request to continue the stay immediately as debtor/plaintiff's counsel did not feel any request to continue the stay was appropriate at that time as debtor/plaintiff's as circumstances would not support such a request.

      8.     That the debtor/plaintiff's financial circumstances have since changed.

9. That the debtor/plaintiff's income has increased and she now has cash reserves.

10. That the debtor/plaintiff has made all payments to the defendant and defendant has accepted all payments to date.

11. That grounds for a new injunction as follows:
    a. Irreparable harm;
    b. Chapter 13 Plan is current and feasible;
    c. The Chapter 13 Plan of the debtor/plaintiff allows for adequate protection to creditor/defendant.
    d. Change in economic circumstances and cash flow.
    e. Debtor/plaintiff has acted in good faith.

**WHEREFORE,** debtor/plaintiff prays that this court grant a new injunction against Wells Fargo Bank, N.A. and further relief as is just and equitable.

Dated at Milwaukee, Wisconsin this 24th day of February, 2011.

GREEN & KAPSOS LAW OFFICES,LLC.
Attorneys for the Plaintiff

_____
William H. Green
State Bar No.: 1001678

P. O. ADDRESS:
3216 S. 92nd St., #201
Milwaukee, WI 53227
Phone: (414) 543.5369
       (414) 543.1164 (fax)